IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEAGHAN BOLLENBERG, KELLY PETREY, CHRISTINE PODLASEK, ERIC VIZINAS, PATRICIA GAWLIK, AND JONATHAN SYKORA, § § § § § For themselves and all others similarly situated, § § Plaintiffs, § § v. § § LANDRY'S RESTAURANTS, INC. § § Defendant. § | CIVIL ACTION NO. H-03-0068 |

United States Courts
Southern District of Texas
FILED
JAN 3  2006
Michael N. Milby, Clerk of Court

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF ORDER

Plaintiffs and Defendant jointly move the Court for approval of their settlement agreement (filed under seal contemporaneously herewith) and for entry of the parties' proposed agreed order, and would respectfully show the following:

The parties have previously notified the Court of their agreement to the material terms necessary to a settlement of this Fair Labor Standards Act (FLSA) case. The parties have now agreed upon formal documents implementing that settlement. The settlement agreement has been executed by counsel for Plaintiffs and Defendant. Upon its approval by the Court, counsel will obtain the required executions by the parties.

Attached to this motion is a proposed Agreed Order of Dismissal With Prejudice, which contains appropriate findings under the FLSA (29 USC § 253) for approval of the settlement agreement, as well as providing for the Court to retain jurisdiction while the settlement terms (including a notice to persons who may wish to opt in to this action) are

implemented. The parties are also attaching their joint Stipulation of Dismissal With Prejudice on Account of Settlement.

Therefore, Plaintiffs and Defendant request that the Court approve their settlement agreement and sign the attached Agreed Order of Dismissal With Prejudice.

Respectfully submitted,

By: *(signature)*
Date: 1/3/06

Steven R. Greenberger
25 East Jackson Blvd.
Suite 808
Chicago, IL 60604
312.362.8138
State Bar No. IL 6212857

Timothy P. Fox
FOX & ROBERTSON, P.C.
910 – 16th Street, Suite 610
Denver, Colorado 80202

ATTORNEYS FOR PLAINTIFFS

By: *(signature)*
Date: 1/3/06

Daryl Bristow, Fed. I.D. 4122
State Bar TX No. 03020000
Tony Rosenstein, Fed. I.D. 1877
State Bar TX No. 17279400
BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas 77002
713.229.1234

ATTORNEYS FOR DEFENDANT